-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

___

THOMAS ROLAND, III,

        Plaintiff,

-v-

Dr. JOSEPH LIEBERGALL, Erie County Forensic
Mental Health Services, and Dr. BRIAN JOSEPH,

        Defendants.

**DECISION and ORDER**
07-CV-6303L(Fe)

___

Plaintiff *pro se* Thomas Roland, III, was permitted to file a second amended complaint in this action, which was reviewed and accepted by the Northern District of New York prior to the Court transferring the action to the Western District of New York (Docket # 16, part 2). Because plaintiff was previously granted permission to proceed *in forma pauperis*, the Clerk of the Court is directed to cause the United States Marshal to serve copies of the Summons, Second Amended Complaint, and this Order upon defendants Dr. Joseph Liebergall and Dr. Brian Joseph, without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g), the defendants are directed to answer the complaint.

SO ORDERED.

Dated:    July 11, 2007
            Buffalo, New York

_____
WILLIAM M. SKRETNY
United States District Judge