UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THOMAS ROLAND, III,

                          Plaintiff,

                                                  DECISION AND ORDER

                                                  07-CV-6303L

       v.

DR. JOSEPH LIEBERGALL,
DR. BRIAN JOSEPH,

                          Defendants.
_____

       Defendants' have filed a motion for summary judgment (Dkt. #42). By motion filed October 8, 2009, (Dkt. #47), the plaintiff, now confined to a psychiatric facility, requests an extension within which to respond to the summary judgment motion. Defendants' have filed a motion (Dkt. #48) objecting to an adjournment of more than 30 days. Plaintiff's motion is granted, in part, and plaintiff's time to respond to the summary judgment motion is extended to February 1, 2010.

       IT IS SO ORDERED.

                                                   _____
                                                        DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
        October 26, 2009.